

**McCalla Raymer Leibert Pierce, LLP**

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

| | |
|---|---|
| | MARYLAND   NEVADA |
| CALIFORNIA | NEW JERSEY |
| CONNECTICUT | NEW YORK |
| FLORIDA | OHIO |
| GEORGIA | OREGON |
| ILLINOIS | PENNSYLVANIA |
| KENTUCKY | TEXAS |
| MISSISSIPPI | WASHINGTON |

March 19, 2026

Hon. Judge David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:     In re: Casbert Reece
        Case Number: 25-22795-dsj
        Loss Mitigation Order, ECF No. 16 - Loss Mitigation Status Letter

Dear Judge Jones,

This firm represents Freedom Mortgage Corporation, the servicer of Casbert Reece's (the "Debtor") mortgage loan. We write to provide this status update with respect to Debtor's request for loss mitigation.

On November 18, 2025, the Secured Creditor filed the Creditor Affidavit and the loss mitigation package was sent to Debtor's Counsel.  On February 6, 2026, Debtor submitted the loss mitigation package. On March 3, 2026, an FHA attestation was sent to Debtor's Counsel for completion. On March 10, 2026, Debtor's Counsel submitted the attestation.

At this time, we are pending review of the loss mitigation package.

Should Your Honor have any additional concerns or questions, please do not hesitate to contact our office.

Respectfully Submitted,

/s/ *Ernest Yazzetti, Jr.*
Ernest Yazzetti, Jr., Esq.